**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

26-cv-01719-RFL
Arbit v. Meta Platforms, Inc.

I find that the more recently filed case that I have initialed below is not related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-04146-SK | Arbit v. Schneider Electric SE | | X |

**IT IS SO ORDERED.**

Dated: August 17, 2026

By: ______________________________

Rita F. Lin
United States District Judge